

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FORFEITURE OF $25,600.00 | * | CIVIL ACTION NO. 06-1320 |
| IN U.S. CURRENCY ON BEHALF OF | * | JUDGE |
| TRENESE FERGUSON & | * | MAGISTRATE SECT. L MAG. 4 |
| CHAJUANA GIBSON | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### VERIFIED COMPLAINT FOR RELEASE OF SEIZED PROPERTY

**NOW INTO COURT** come claimants, Trenese Ferguson and Chajuana Gibson, through undersigned counsel, who submit the following verified complaint pursuant to the provisions of Title 18 U.S.C. 983, et seq.:

I.

Claimants are persons of the full age of majority and domiciled in the Parish of Jefferson, State of Louisiana.

II.

Claimants are the lawful owners of the above referenced property, specifically $25,600.00 in U. S. Currency which was seized from the claimant, Trenese Ferguson and Co-claimant Chajuana Gibson on January 4, 2006 in Kenner, Louisiana by the Jefferson Parish Sheriff's Office and later transferred to the U. S. Drug Enforcement Agency.

III.

Claimants obtained all of said property through legal means and for legal purposes.

Fee $250.00
Process____
X Dktd____
✓ CtRmDep____
Doc. No____

Specifically, claimant, Chajuana Gibson avers that $10,000.00 of the aforementioned Currency was proceeds paid to or on behalf of Chajuana Gibson's dependents from the Federal Emergency Management Agency in connection with relief aid for personal property in connections to Hurricane Katrina and/or Hurricane Rita. Furthermore, the remainder of the Currency, or $15,600.00, belonged to Trenese Ferguson and constituted income she had earned while in the employ of the Jefferson Parish Sheriff's Office, and insurance proceeds paid for personal property damages from Hurricane Katrina.

IV.

Claimants avail themselves of the benefits and privileges of Title 18 U. S. C. 983, et seq., and contend that the Currency at issue was obtained from legitimate sources and was not being used or intended to be used in connection with any crimes of the United States or the State of Louisiana.

V.

Claimants assert that neither the seizing entity nor its agents or representatives can, by a preponderance of the evidence, establish that the property was used to commit or facilitate the commission of a criminal offense, or was involved in the commission of a criminal offense, nor can the Government establish that there was a substantial connection between the property and any alleged offense.

VI.

Claimants further represent that the seized property was not used or intended to be used in any manner to facilitate conduct giving rise to forfeiture, did not constitute proceeds of any conduct giving rise to forfeiture, was not furnished or intended to be furnished to any person in exchange for a controlled substance. Furthermore, the claimants' property interest in said property is exempt from seizure in that the claimants are not legally accountable for the conduct giving rise to the seizure nor have they acquired or stand to acquire any proceeds from the conduct giving rise to the forfeiture,

nor do the claimants hold the subject property jointly, in common, or in community with any person whose conduct gave rise to its forfeiture, nor do claimants hold the property for the benefit of or as an agent for any person whose conduct gave rise to its forfeiture.

VI.

Additionally or alternatively, the claimants plead that they are "innocent owners" within the contemplation of the aforementioned statutes.

VII.

Claimants pray that this Honorable Court order the immediate return of the U. S. Currency to claimants for the following reasons:

- A. The claimants have a possessory interest in the property;

- B. The claimants have sufficient ties to the community to provide assurance that the property will be available at the time of the trial;

- C. The continued possession by the Government pending the final disposition of forfeiture proceedings will cause substantial hardship to the claimants, such as preventing the functioning of a business, preventing an individual from working, or leaving an individual homeless;

- D. The claimants' likely hardship from the continued possession by the Government of the seized property outweighs the risk that the property will be destroyed, damaged, lost, concealed, or transferred if it is returned to the claimants during the pendency of the proceeding.

VIII.

Claimants pray that the U. S. Drug Enforcement Agency or its agents be duly cited with this

Complaint and be made to appear and establish why the property seized should not be returned to claimants and that this Honorable Court order return of the seized property in an expeditious manner and for all other general or equitable relief which this Honorable Court may deem appropriate.

**WHEREFORE**, claimants pray that the United States of America, their departments and agents be duly cited with this Complaint and be made to appear and establish why the property seized should not be returned to claimants and that this Honorable Court order return of the seized property in an expeditious manner. Claimants also pray for all other general or equitable relief which this Honorable Court may deem appropriate.

Respectfully Submitted:

**LAW OFFICE OF JAMES A. WILLIAMS**

_____

**JAMES A. WILLIAMS (13504)**
835 Derbigny Street
Gretna, Louisiana 70053
(504) 361-0636
*Attorney for Trenese Ferguson & Chajuana Gibson*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing, together with the attached affidavit, has been mailed by certified mail or by Federal Express to the Forfeiture Counsel, Asset Forfeiture Section, Office of Operations Management, U. S. Drug Enforcement Agency, 2401 Jefferson Davis Highway, Alexandria, Virginia 22301 on this __15__ day of March, 2006.

_____
**JAMES A. WILLIAMS**

STATE OF LOUISIANA

PARISH OF JEFFERSON

### AFFIDAVIT AND VERIFICATION

On this the **11** day of **MARCH** 2006, before me, a Notary Public in the State and Parish aforementioned, personally came and appeared:

### CHAJUANA GIBSON & TRENESE FERGUSON

who are known to me to be the persons, and who, after being first duly sworn, stated to me the following:

1. That **TRENESE FERGUSON, is the owner of $15,209.00 of the $25,600.00 IN U.S. CURRENCY** seized. In addition, the **$10,391.51** belongs to co-claimant, Chajuana Gibson, which is the subject of a Notice of Pending Forfeiture.

2. Affiants aver that they have read all of the allegations of the Complaint and that the information contained therein is true and correct to the best of their knowledge and belief.

Sworn to and subscribed before me on this the **11** day of March, 2006.

_____
NOTARY PUBLIC

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

06-1320

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
TRENESE FERGUSON
CHAJUANA GIBSON

(b) County of Residence of First Listed Plaintiff: **JEFFERSON**
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)
JAMES A. WILLIAMS
835 DERBIGNY ST. GRETNA 70053   361-0636

## DEFENDANTS
U.S. DRUG ENFORCEMENT AGENCY

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 362 Personal Injury - Med. Malpractice | [X] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [X] 625 Drug Related Seizure of Property 21 USC 881 | | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander / [ ] 365 Personal Injury - Product Liability | [ ] 630 Liquor Laws | PROPERTY RIGHTS | [ ] 450 Commerce |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability / [ ] 368 Asbestos Personal Injury Product Liability | [ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | | [ ] 650 Airline Regs. | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 340 Marine / PERSONAL PROPERTY | [ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [ ] 480 Consumer Credit |
| | [ ] 345 Marine Product Liability / [ ] 370 Other Fraud | [ ] 690 Other | | [ ] 490 Cable/Sat TV |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle / [ ] 371 Truth in Lending | LABOR | SOCIAL SECURITY | [ ] 810 Selective Service |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability / [ ] 380 Other Personal Property Damage | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/Exchange |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury / [ ] 385 Property Damage Product Liability | [ ] 720 Labor/Mgmt. Relations | [ ] 862 Black Lung (923) | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 195 Contract Product Liability | | [ ] 730 Labor/Mgmt.Reporting & Disclosure Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| [ ] 196 Franchise | | | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | [ ] 740 Railway Labor Act | [ ] 865 RSI (405(g)) | [ ] 892 Economic Stabilization Act |
| [ ] 210 Land Condemnation | [ ] 441 Voting / [ ] 510 Motions to Vacate Sentence | [ ] 790 Other Labor Litigation | FEDERAL TAX SUITS | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 442 Employment | [ ] 791 Empl. Ret. Inc. Security Act | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 894 Energy Allocation Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/ Accommodations / Habeas Corpus: | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 895 Freedom of Information Act |
| [ ] 240 Torts to Land | / [ ] 530 General | | | |
| [ ] 245 Tort Product Liability | [ ] 444 Welfare / [ ] 535 Death Penalty | | | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 290 All Other Real Property | [ ] 445 Amer. w/Disabilities - Employment / [ ] 540 Mandamus & Other | | | |
| | / [ ] 550 Civil Rights | | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 446 Amer. w/Disabilities - Other / [ ] 555 Prison Condition | | | |
| | [ ] 440 Other Civil Rights | | | |

## V. ORIGIN (Place an "X" in One Box Only)
[X] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from another district (specify)
[ ] 6 Multidistrict Litigation
[ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
18 USC 983, et. seq.

Brief description of cause: VERIFIED COMPLAINT FOR RELEASE OF SEIZED PROPERTY

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE: 3/15/06
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE